EMILE R. LATTAN et al., Appellants, *v.* ADELINE VAN NESS, Individually and as Administratrix of the Estates of FANNY A. LATTAN and ANGELICA LATTAN, Deceased, et al., Respondents.

*Lattan* v. *Van Ness*, 107 App. Div. 393, affirmed.
(Argued March 23, 1906; decided April 6, 1906.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered August 31, 1905, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Reuben Leslie Maynard* for appellants.

*Benjamin F. Tracy* and *George Richards* for respondents.

Order affirmed and judgment absolute ordered against plaintiffs on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WILLARD BARTLETT and CHASE, JJ.